# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| Freedom Mortgage Corporation | CIVIL ACTION NO: |
| Plaintiff | |
| vs. | RE:<br>99 High Street, Sanford, ME 04073 |
| Tyler P. Goulden a/k/a Tyler Perry Goulden | Mortgage:<br>July 3, 2017<br>Book 17511, Page 22<br>York County Registry of Deeds |
| Defendant | |

## AFFIDAVIT RELATING TO MILITARY SEARCH

I, Matthew N. Kelly, hereby certify that on **November 2**, 2021 I searched the Department of Defense/Defense Manpower Data Center (DOD/DMDC) and found that the Defendant, Tyler P. Goulden a/k/a Tyler Perry Goulden, is not in the military. An affidavit as to the Defendant's military status will be filed with a Motion for Summary Judgment or at trial as Maine Courts accept such affidavits only at those times.

Dated: **November 2**, 2021

_____
Matthew N. Kelly
Paralegal

## COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.            Dated this **2nd** day of **November**, 2021

COUNTY OF ESSEX

On this **2nd** day of **November**, 2021, before me, the undersigned notary public, personally appeared Matthew N. Kelly, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

_____
Notary Public

**EXHIBIT F**



Department of Defense Manpower Data Center

Results as of : Nov-02-2021 02:12:51 PM

SCRA 5.9

Status Report
Pursuant to Servicemembers Civil Relief Act

SSN:
Birth Date:
Last Name: GOULDEN
First Name: TYLER
Middle Name: P
Status As Of: Nov-02-2021
Certificate ID: W24YCYMSDB852W9

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

56746-8357-Alias



Status Report
Pursuant to Servicemembers Civil Relief Act

SSN:
Birth Date:
Last Name: GOULDEN
First Name: TYLER
Middle Name: PERRY
Status As Of: Nov-02-2021
Certificate ID: HGJLVT62QQL5T9D

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955